IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS CAMPBELL**                                                                    **PLAINTIFF**

**V.**                      **NO. 4:17-CV-00257 JLH**

**DASSAULT FALCON JET CORP.,**
**JERRY WILKERSON, and**
**DAVID STUFF**                                               **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Dennis Campbell, by and through his counsel, Sutter & Gillham, PLLC, and Defendants, Dassault Falcon Jet Corp., Jerry Wilkerson, and David Stuff, by and through their counsel, Cox, Sterling, McClure & Vandiver, PLLC, have notified the Court that the parties have fully resolved all of Mr. Campbell's claims in this case, which this Court approves. Therefore, any and all claims asserted by Mr. Campbell in this case are hereby dismissed with prejudice and this case is terminated. The Court will retain jurisdiction to enforce the settlement if necessary.

IT IS SO ORDERED on this 22nd day of January, 2019.

*/s/ J. Leon Holmes*
_____
U.S. DISTRICT COURT JUDGE